| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-373** |
| **HERMAN L. MCMILLAN** | **SECTION "K"(3)** |

## ORDER AND OPINION

Before the Court is the "Motion for Release of Documents Under F.O.I.A., Pursuant to 5 U.S.C. §552(a)" filed by defendant Herman L. McMillan, *pro se* (Doc. 320). In his motion, Mr. McMillan requests that he be provided with a the following:

> 1) Copy of Plea Bargain Under Oath Testimony
> 2) Copy of Indictment
> 3) Copy of Sentencing Transcript

Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, grants the motion in part and denies it in part.

After receiving this motion, an employee of the Clerk of Court's Office for the Eastern District of Louisiana provided defendant, via United States mail, with a copy of his plea agreement in this case as well as a copy of the indictment.

Defendant seeks a copy of his sentencing transcript "to assist his preparation of a §3582(c)(2) Motion." Doc. 320. Title 18 U.S.C. §3582(c)(2) provides that:

> (c) Modification of an imposed term of imprisonment.–The court may not modify a term of imprisonment once it has been imposed except that –

> > (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C.

994(*o*), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The Court is familiar with Mr. McMillan's case and recognizes that his motion to reduce a sentence pursuant to 18 U.S.C. §3582(c)(2) will be based on the Fair Sentencing Act of 2010. A copy of the sentencing transcript is not necessary for Mr. McMillan to prepare and file his motion. Therefore, the motion is Denied.

New Orleans, Louisiana, this 27th day of February, 2012.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE